IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KATHLEEN PETERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1. The U.S. Pretrial Services office for this district shall pay for one night's lodging for the Defendant for the night of September 27, 2007, at CH, 1228 S. Main Street, Council Bluffs, Iowa, 51503; and

2. The Clerk shall immediately deliver a copy of this Order to U.S. Pretrial Services.

DATED this 27th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge