**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER FOR NONCUSTODIAL** |
| | ) | **TRANSPORTATION** |
| **KATHLEEN PETERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reimbursement for mileage (Filing No. 26). The Defendant is indigent and requests noncustodial transportation from Omaha, Nebraska, to Bayard, Nebraska after a change of plea hearing scheduled on September 28, 2007, at 9:00 a.m.

The motion will be granted. The Marshal shall reimburse the Defendant pursuant to 18 U.S.C. § 4285 for mileage.

IT IS ORDERED:

1. The Defendant's motion for mileage (Filing No. 26) is granted;

2. The U.S. Marshal shall reimburse the Defendant pursuant to 18 U.S.C. § 4285 for mileage from Omaha, Nebraska, to Bayard, Nebraska on September 28, 2007; and

3. The Clerk shall provide a copy of this Order to the U.S. Marshal.

DATED this 28th day of September, 2007.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge