IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR220** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KATHLEEN PETERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline to file sentencing motions and supporting briefs (Filing No. 30).

IT IS ORDERED:

1. The Defendant's motion to extend the deadline to file sentencing motions and supporting briefs (Filing No. 30) is granted; and

2. The Defendant shall submit sentencing motions and supporting briefs on or before December 14, 2007.

DATED this 26th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge