```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF NEBRASKA
        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEBRASKA                   08 JAN 14 PM 3:52

                                                        OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR220 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KATHLEEN PETERS, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral motion to reimburse the cost of her bus ticket and to provide her with subsistence for meals. Defendant is indigent and is in need of reimbursement for her bus ticket to return to Denver, Colorado from Omaha, Nebraska, and an amount of money for subsistence, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion is granted and;

2. That the U.S. Marshals shall provide reimbursement for her bus ticket from Omaha, Nebraska to Denver, Colorado and subsistence for Defendant for January 14, 2008.

DATED this 14th day of January, 2008.

BY THE COURT:

_____
HONORABLE LAURIE SMITH CAMP, Judge
United States District Court